Chicago Title and Trust Company as Trustee Under Trust No. W 19162, Plaintiff, v. A. L. Walker, Appellee and Carl Vendley, Appellant, Defendants.

Gen. No. 10,052.

opinion filed March 8, 1946; rehearing denied May 7, 1946; released for publication May 9, 1946. Perry & Elliott, for appellant; Hadley & Leren, for appellee; Charles W. Hadley, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.**